

# NUMBER 13-08-027-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GERARDO LOZANO D/B/A BRIDE'S GALLERY,                    Appellant,

v.

COMMERCE OFFICE PARK ONE, L.P.,                    Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

Appellant, Gerardo Lozano d/b/a Bride's Gallery, has filed an unopposed motion to dismiss his appeal on grounds that the parties have reached an agreement to settle and compromise their differences.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of June, 2008.